UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.  5:23-cr-00173-SSS                                                                 Date: January 19, 2024

Present: The Honorable: **SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE**

Interpreter     N/A

| Irene Vazquez | Maria Bustillos | Miles Robinson |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | CIT. | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Jonathyn Jermaine Russ Kizzee | X | | X | Mariah C. Holder, DFPD | X | X | |

**Proceedings: PRELIMINARY REVOCATION OF SUPERVISED RELEASE (NON-EVIDENTIARY - CONTINUED)**

Counsel state their appearances. Also present are United States Probation Officers Blanca Gonzalez and Alejandro Alvarez.

The Court confers with counsel and for the reasons stated on the record, the Court continues the matter to **April 5, 2024**, at 9:00 a.m., in Courtroom 2. Supervised release is extended and shall remain in full, force, and effect until April 5, 2024. Defendant to appear on April 5, 2024 without further notice or order from the Court.

**IT IS SO ORDERED.**

cc: USPO

00:07
Initials of Deputy Clerk   iv