UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.: 5:23-cr-00173-SSS                                       Date: April 5, 2024

Present: The Honorable: **SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE**

Interpreter: N/A

| Irene Vazquez | RS-CS-2 (4-5-24) | Erin Kiss |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | CIT. | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Jonathyn Jermaine Russ Kizzee | X | X | | Mariah C. Holder, DFPD | X | X | |

**Proceedings: PRELIMINARY REVOCATION OF SUPERVISED RELEASE (NON-EVIDENTIARY - CONTINUED)**

Counsel state their appearances. Also present is United States Probation Officer Blanca Gonzalez and Case Officer Alejandro Alvarez. Counsel for Defendant informs the Court that Mr. Kizzee is not present. For the reasons stated on the record, the Court orders that a bench warrant be issued for Defendant for his failure to appear. The Court further **CONTINUES** this matter to June 7, 2024, at 9:00 a.m.

The matter is recalled and parties restate their appearances. The Court addresses Defendant's late arrival and admonishes Defendant. Defendant is informed of the new hearing date. The Court further **RECALLS** the bench warrant and **DIRECTS** the United States Probation Office to provide referrals to Defendant of any available and necessary resources.

**IT IS SO ORDERED.**

cc: USPO & USMS

00:12
Initials of Deputy Clerk  iv